IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KADEEM KENT PATTERSON

_____/

SUPERSEDING
INDICTMENT
Case No. 1:22cr33-AW/MAL

THE GRAND JURY CHARGES:

### COUNT ONE

On or about May 31, 2022, in the Northern District of Florida, the defendant,

**KADEEM KENT PATTERSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved N,N-Dimethylpentylone, a positional isomer of N-Ethylpentylone, a Schedule I controlled substance, and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D), and Title 18, United States Code, Section 2.

### COUNT TWO

On or about May 31, 2022, in the Northern District of Florida, the defendant,



**KADEEM KENT PATTERSON,**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, did knowingly carry and possess a firearm, namely, a Glock, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT THREE

On or about May 31, 2022, in the Northern District of Florida, the defendant,

**KADEEM KENT PATTERSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about August 13, 2014, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Drugs: Possession of Cannabis w/Intent to Sell or Delivery and Drugs: Possession of +20 Grams of Cannabis;

   b. On or about January 7, 2015, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Possession of Controlled Substance;

  c. On or about January 7, 2015, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Drugs: Possession of Controlled Substance;

  d. On or about March 16, 2017, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Possession of Controlled Substance without a Prescription; and

  e. On or about January 22, 2019, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Fleeing or Attempting to Elude – Lights & Sirens in High Speed Chase.

2. For each of these crimes, **KADEEM KENT PATTERSON** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **KADEEM KENT PATTERSON** did knowingly possess a firearm, to wit, a Glock .40 caliber pistol, and .40 caliber ammunition, namely Winchester, Hornady, and Remington.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT FOUR

On or about January 3, 2023, in the Northern District of Florida, the defendant,

**KADEEM KENT PATTERSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved N,N-Dimethylpentylone, a positional isomer of N-Ethylpentylone, a Schedule I controlled substance, and marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about January 3, 2023, in the Northern District of Florida, the defendant,

**KADEEM KENT PATTERSON,**

during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count Four of this Indictment, did knowingly carry and possess a firearm, namely, a Glock, 9 millimeter pistol.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT SIX

On or about January 3, 2023, in the Northern District of Florida, the defendant,

**KADEEM KENT PATTERSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.   a.   On or about August 13, 2014, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Drugs: Possession of Cannabis w/Intent to Sell or Delivery and Drugs: Possession of +20 Grams of Cannabis;

    b.   On or about January 7, 2015, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Possession of Controlled Substance;

    c.   On or about January 7, 2015, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Drugs: Possession of Controlled Substance;

    d.   On or about March 16, 2017, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Possession of Controlled Substance without a Prescription; and

  e. On or about January 22, 2019, **KADEEM KENT PATTERSON** was convicted in the State of Florida of Fleeing or Attempting to Elude – Lights & Sirens in High Speed Chase.

2. For each of these crimes, **KADEEM KENT PATTERSON** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **KADEEM KENT PATTERSON** did knowingly possess a firearm, to wit, a Glock 9 millimeter pistol, and 9 millimeter ammunition, namely Sig Sauer, Ammo Inc., and Hornady.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Four punishable by imprisonment for more than one year, the defendant,

**KADEEM KENT PATTERSON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections

853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations;

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

   i. cannot be located upon the exercise of due diligence;

   ii. has been transferred or sold to, or deposited with, a third person;

   iii. has been placed beyond the jurisdiction of this Court;

   iv. has been substantially diminished in value; or

   v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**KADEEM KENT PATTERSON,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Two and Three of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

## FIREARM FORFEITURE

The allegations contained in Counts Five and Six of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**KADEEM KENT PATTERSON,**

knowingly committed the violation set forth in Counts Five and Six of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested in the United States and hereby

forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*Redacted*

2-28-2023
DATE

_____
JASON R. COODY
United States Attorney

_____
CHRISTOPHER M. ELSEY
Assistant United States Attorney

9